### Floros v. Kirsopp, Appellant.

Argued April 11, 1974. *T. Warren Jones*, with him *John M. Wolford*, and *MacDonald, Illig, Jones & Britton*, for appellant; *Will J. Schaaf*, with him *John A. Spaeder*, and *Marsh, Spaeder, Baur, Spaeder & Schaaf*, for appellee.

Order affirmed.

### Ford, Appellant, v. Jeffries.

Argued April 8, 1974. *Andrew J. Banyas, III*, with him *Raymond A. Conaway*, and *Meyer, Darragh, Buckler, Bebenek & Eck*, for appellant; *James E. Coyne*, with him *Lancaster, Mentzer, Coyne & Duffy*, for appellee.

Order affirmed.

### Gaines, Appellant, v. McLaughlin et ux.

Argued April 11, 1974. *Burton L. Fish*, for appellant; *Edward W. Goebel, Jr.*, with him *MacDonald, Illig, Jones & Britton*, for appellees.

Order affirmed.